**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01036-CV

### IN RE: DERIC VALDEZ, Relator

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-07033**

## ORDER

Upon review of the August 30, 2016 petition for writ of mandamus, it appears the appendix and reporter's record supporting the petition include unredacted information that identifies the relator's minor child. TEX. R. APP. P. 9.9(a). It further appears the petition does not comply with the requirements of rule 52 in that the documents included in the appendix are neither sworn nor certified copies. TEX. R. APP. P. 52.3(k); 52.7(a)(1). In addition, the petition does not include the certification required by Rule 52.3(j), does not include the certificate of compliance required by Rule 9.4(i)(3), and is not in 14-point font as required by Rule 9.4(e). TEX. R. APP. P. 9.4(e), 9.4(i)(3), 52.3(j).

Accordingly, we **STRIKE** the petition and supporting appendix. TEX. R. APP. P. 9.9(b). We grant relator leave to file a redrawn petition that complies with Rules 9.4, 9.9, and 52 of the Texas Rules of Appellate Procedure on or before September 8, 2016. We caution relator that

failure to file a properly drawn petition as permitted by this order may result in the dismissal of this cause without further notice.

/s/ DOUGLAS S. LANG
   JUSTICE